**TOTTEN vs. MERRIFIELD.**

EASTERN DIS.
*May*, 1841.

TOTTEN
*vs.*
MERRIFIELD.

Appeal dismissed for want of means to examine the case.

This is a suit against the defendant as one of the makers of a note signed Hodge & Merrifield.

There was an exception or plea of misnomer, that the defendant was sued as Andrew S. Merrifild when his name was Alden S. Merrifield. The plaintiff amended, made service of new citation and had judgment. The defendant appealed.

It appears all the evidence was not taken down.

*Elmore & King*, for the plaintiff.

*C. M. Jones*, contra.

*Morphy, J.* delivered the opinion of the court.

In this case there is neither statement of facts, nor bill of exceptions, nor assignment of errors, nor any other means afforded by which the correctness of the judgment and proceedings below can be tested.

The appeal is therefore dismissed with costs.